UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
SUPER AMERICAN TISSUE,                                       :
                                    Plaintiff,               :   18 Civ. 3851 (LGS)
                                                             :
              -against-                                      :   ORDER
                                                             :
GLOBAL EQUIPMENT AND MACHINERY                               :
SALES INC., et al.,                                          :
                                                             :
                                    Defendants.  X
-------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

    In light of the deadline in the November 21, 2019, Opinion & Order, requiring Plaintiff to file a request to replead a Second Amended Complaint by January 6, 2020, it is hereby

**ORDERED** that the **January 7, 2020, 10:30 a.m. case management and pre-motion conference is CANCELED**. The deadline for parties to file any pre-motion letters, proposing dispositive motions, before the case management conference (*see* Second Amended Case Management Plan at Dkt. No. 68) is also CANCELED.

    The Clerk of Court is respectfully directed to change the Plaintiff in the caption from "Mehdi Gabayzadeh" to "Super American Tissue, Inc."

Dated: November 22, 2019
       New York, New York

                                          LORNA G. SCHOFIELD
                                     UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2019